

**Freeman Mathis & Gary** LLP

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948

Tel: 770.818.0000

www.fmglaw.com

Kenneth G. Menendez

D: 678.996.9129
C: 404.423.6892

kmenendez@fmglaw.com

July 19, 2023

Honorable Mark H. Cohen
United States District Court
Northern Division of Georgia, Atlanta Division
Richard B. Russell Federal Building & United States Courthouse
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3309

> **Re:** **Tykiesha Ward and Jarvis Stewart, Each Individually and on Behalf of All Others Similarly Situated, vs. Pivotal Retail Group, LLC; USDC – Northern District of Georgia – Atlanta Division; CAFN: 1:22-cv-03182-MHC**

Dear Judge Cohen:

I hereby respectfully notify the Court and all opposing counsel pursuant to Local Rule 83.1E (3) that I will be away from the practice of law as follows:

<u>Date of Leave</u>                                          <u>Purpose of the Leave</u>
August 28, 2023 through September 6, 2023      Family vacation

Please accept this request that the court not schedule any appearances in this matter during the aforementioned period of absence. The Court's consideration in this regard is appreciated.

If the Court has any questions, comments or concerns, please do not hesitate to contact me.

FREEMAN MATHIS & GARY
A LIMITED LIABILITY PARTNERSHIP

Honorable Mark H. Cohen
July 19, 2023
Page 2

By the e-filing of this letter, I have notified counsel of my correspondence with the court.

Sincerely,

**FREEMAN MATHIS & GARY, LLP**

*s/ Kenneth G. Menendez*
Kenneth G. Menendez
Georgia Bar No. 502045

/anh

cc:   All Parties and Counsel of Record *(via CM/ECF System)*