IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **TYKIESHA WARD and JARVIS STEWART,** | ) ) ) |
| Plaintiffs, | ) ) CIVIL ACTION NO. |
| v. | ) ) |
| | ) 1:22-cv-03182-MHC |
| **PIVOTAL RETAIL GROUP, LLC,** | ) ) |
| Defendant. | ) ) ) |

## ORDER

Having considered the parties Joint Motion to Stay, and for good cause shown, the Motion is GRANTED. IT IS HEREBY ORDERED that this matter is stayed for thirty (30) days from the date of this Order. If the parties are unable to resolve the case and the stay expires on its own time, then the discovery period in this action shall be extended for an additional period of four (4) months following termination or expiration of the stay.

**IT SO ORDERED** this 2nd day of August, 2023.

_____
**Mark H. Cohen**
United States District Judge

8