IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **TYKIESHA WARD and JARVIS STEWART,** | ) ) ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION NO.** |
| v. | ) ) | **1:22-cv-03182-MHC** |
| **PIVOTAL RETAIL GROUP, LLC,** | ) ) | |
| **Defendant.** | ) ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

Pursuant to Rule 5.4 of the Local Rules of the United States District Court for the Northern District of Georgia, I hereby certify this day that I have served upon all parties of record via email and U.S. Mail the foregoing **Defendant's Request for Production of Documents to Plaintiffs.**

I further certify that I have electronically filed this day this Certificate with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Colby Qualls
Forester Haynie, PLLC
400 N Saint Paul St, Ste 700
Dallas, TX 75231
cqualls@foresterhaynie.com

-1-

Matthew Wilson Herrington
DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
101 Marietta Street NW, Suite 2650
Atlanta, GA 30303
matthew.herrington@dcbflegal.com

This 1st day of December, 2023.

    Respectfully submitted,

    **FREEMAN MATHIS & GARY, LLP**

    */s/ Kenneth G. Menendez*
    Kenneth G. Menendez
    Georgia Bar No. 502045
    Andrew J. Kim
    Georgia Bar No. 488753
    FREEMAN MATHIS & GARY, LLP
    100 Galleria Parkway, Suite 1600
    Atlanta, Georgia 30339-5948
    T:  770.818.0000
    F:  770.937.9960
    E:  jmocek@fmglaw.com
    E:  akim@fmglaw.com

    *Counsels for Defendant*