**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **TYKIESHA WARD and JARVIS STEWART,** | ) ) ) | |
| **Plaintiffs,** | ) ) | **CIVIL ACTION NO.** |
| v. | ) ) | **1:22-cv-03182-MHC** |
| **PIVOTAL RETAIL GROUP, LLC,** | ) ) ) | |
| **Defendant.** | ) ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

Pursuant to Rule 5.4 of the Local Rules of the United States District Court for the Northern District of Georgia, I hereby certify this day that I have served upon all parties of record via email and U.S. Mail the foregoing **Defendant's Interrogatories to Plaintiffs.**

I further certify that I have electronically filed this day this Certificate with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Colby Qualls
Forester Haynie, PLLC
400 N Saint Paul St, Ste 700
Dallas, TX 75231
cqualls@foresterhaynie.com

-1-

Matthew Wilson Herrington
DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
101 Marietta Street NW, Suite 2650
Atlanta, GA 30303
matthew.herrington@dcbflegal.com

This 1st day of December, 2023.

       Respectfully submitted,

       **FREEMAN MATHIS & GARY, LLP**

       */s/ Kenneth G. Menendez*
       Kenneth G. Menendez
       Georgia Bar No. 502045
       Andrew J. Kim
       Georgia Bar No. 488753
       FREEMAN MATHIS & GARY, LLP
       100 Galleria Parkway, Suite 1600
       Atlanta, Georgia 30339-5948
       T:  770.818.0000
       F:  770.937.9960
       E:  dcole@fmglaw.com
       E:  akim@fmglaw.com

       *Counsels for Defendant*