# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TYKIESHA WARD and JARVIS STEWART, ) ) ) Plaintiffs, ) v. ) ) PIVOTAL RETAIL GROUP, LLC, ) ) Defendant. ) _____ ) | CIVIL ACTION NO. 1:22-cv-03182-MHC |

## ORDER

Having considered the parties Joint Motion to Extend Discovery, and for good cause shown, the Motion is GRANTED. IT IS HEREBY ORDERED that the discovery period in this action shall be extended through and including March 4, 2024.

**IT SO ORDERED** this 18th day of December, 2023.

_____
**Mark H. Cohen**
United States District Judge

7