IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **TYKIESHA WARD and JARVIS STEWART,** | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:22-cv-03182-MHC |
| **PIVOTAL RETAIL GROUP, LLC,** | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

Pursuant to Rule 5.4 of the Local Rules of the United States District Court for the Northern District of Georgia, I hereby certify that on December 21, 2023, I have served upon all parties of record via email the foregoing **Plaintiffs' Interrogatories and Requests for Production to Defendant.**

I further certify that I have electronically filed this day this Certificate with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

    Andrew J. Kim, Esq.
    Kenneth G. Menendez, Esq.
    FREEMAN, MATHIS & GARY, LLP
    100 Galleria Parkway, Suite 1600
    Atlanta, Georgia 30339-5948
    Telephone: (678) 996-9122
    Telephone: (678) 996-9129
    akim@fmglaw.com

kmendez@fmglaw.com

This 21st day of December, 2023

Respectfully submitted,

**TYKIESHA WARD and JARVIS STEWART, Each Individually and on Behalf of Others Similarly Situated, PLAINTIFFS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*_____
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

**LEAD COUNSEL FOR PLAINTIFFS**

DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN
101 Marietta Street, Suite 2650
Atlanta, Georgia 30303
Telephone: (404) 979-3150

Matthew W. Herrington
Ga. Bar No. 275411
Matthew.herrington@dcbflegal.com

**LOCAL COUNSEL FOR PLAINTIFFS**