IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TYKIESHA WARD and JARVIS STEWART, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:22-cv-03182-MHC |
| PIVOTAL RETAIL GROUP, LLC, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

## ORDER

Having considered the parties' Joint Notice of Settlement and Motion for Time to Move for Settlement Approval, and for good cause shown, the Motion is GRANTED. IT IS HEREBY ORDERED that all pending deadlines in this matter are STAYED. The Parties shall have 30 days from the entry of this Order to complete and file the Motion for Settlement Approval and any related documents.

**IT SO ORDERED** this 7th day of March, 2024.

_____
Mark H. Cohen
United States District Judge

8