IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **TYKIESHA WARD and JARVIS STEWART, Each Individually and on Behalf of All Others Similarly Situated,** | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:22-cv-03182-MHC |
| **PIVOTAL RETAIL GROUP, LLC,** | ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION TO EXTEND TIME
TO MOVE FOR SETTLEMENT APPROVAL**

COME NOW Plaintiffs Tykiesha Ward and Jarvis Stewart (hereinafter "Plaintiffs") and Defendant Pivotal Retail Group, LLC (hereinafter "Defendant") (collectively the "Parties"), and hereby jointly move to extend the time to file the Motion for Settlement Approval and any related documents to and through April 30, 2024.

On March 4, 2024, the Parties filed their Joint Notice of Settlement and Motion for Time to Move for Settlement Approval. (Doc. 40.) On March 7, 2024, the Court granted the Motion and set a deadline of Monday, April 8, 2024 for the Parties to file the Motion for Settlement Approval. (Doc. 41.) Both the Motion for Settlement Approval and Settlement Agreement have been drafted and the Parties are currently in

- 1 -

the process of revising the Motion and Agreement. However, the Parties require additional time to file them with the Court.

Therefore, the Parties are requesting an extension to and through April 30, 2024 to file the Motion for Settlement Approval and related documents with the Court. The Parties respectfully submit that this extension is not for the purpose of undue delay and will not prejudice any party. Instead, the Parties seek the extension to finalize the drafts of the Settlement Agreement and Motion for Settlement Approval. A proposed Order is attached for the Court's convenience.

Respectfully submitted this 4th day of April, 2024.

| | |
|---|---|
| */s/ Kenneth G. Menendez* | */s/ Colby Qualls* |
| Kenneth G. Menendez | Colby Qualls |
| Georgia Bar No. 502045 | Ark. Bar No. 2019246 (PHV) |
| Andrew J. Kim | Forester Haynie, PLLC |
| Georgia Bar No. 488753 | 400 N Saint Paul, St, Suite 700 |
| FREEMAN MATHIS & GARY, LLP | Dallas, Texas 75231 |
| 100 Galleria Parkway | T: (214) 210-2100 |
| Suite 1600 | cqualls@foresterhaynie.com |
| Atlanta, GA 30339 | |
| T: (770) 818-000 | Matthew W. Herrington, Esq. |
| kmenendez@fmglaw.com | Delong, Caldwell, Bridgers, |
| akim@fmglaw.com | Fitzpatrick & Benjamin |
| | 101 Marietta Street, Suite 2650 |
| *Attorneys for Defendant* | Atlanta, Georgia 30303 |
| | T: (404) 979-3150 |
| | Matthew.herrington@dcbflegal.com |
| | |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF COMPLIANCE

I certify that the within and foregoing **JOINT MOTION TO EXTEND TIME TO MOVE FOR SETTLEMENT APPROVAL** has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman type face.

This 4th day of April, 2024.

                                                    *s/ Andrew J. Kim*
                                                    Andrew J. Kim
                                                    Georgia Bar No. 488753

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **TYKIESHA WARD and JARVIS STEWART, Each Individually and on Behalf of All Others Similarly Situated,** )<br>)<br>)<br>)<br>) | |
| **Plaintiffs,** ) | **CIVIL ACTION NO.** |
| **v.** ) | |
| ) | **1:22-cv-03182-MHC** |
| **PIVOTAL RETAIL GROUP, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2024, I electronically filed this **JOINT MOTION TO EXTEND TIME TO MOVE FOR SETTLEMENT APPROVAL** with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of said filing to the following attorneys of record:

Colby Qualls
Ark. Bar No. 2019246 (PHV)
Forester Haynie, PLLC
400 N Saint Paul, St, Suite 700
Dallas, Texas 75231
T: (214) 210-2100
cqualls@foresterhaynie.com

Matthew W. Herrington, Esq.
Delong, Caldwell, Bridgers, Fitzpatrick & Benjamin
101 Marietta Street, Suite 2650

Atlanta, Georgia 30303
T: (404) 979-3150
Matthew.herrington@dcbflegal.com

This 4th day of April, 2024.

        Respectfully submitted,

        **FREEMAN, MATHIS & GARY, LLP**

        *s/ Andrew J. Kim*
        Andrew J. Kim
        Georgia Bar No. 488753

        *Counsel for Defendant*

Case 1:22-cv-03182-MHC   Document 42   Filed 04/04/24   Page 5 of 6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **TYKIESHA WARD and JARVIS STEWART**, Each Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**PIVOTAL RETAIL GROUP, LLC,**<br><br>Defendant. | CIVIL ACTION NO.<br><br>1:22-cv-03182-MHC |

## ORDER

This matter is before the Court on the Parties' JOINT MOTION TO EXTEND TIME TO MOVE FOR SETTLEMENT APPROVAL. Upon consideration, and for good cause shown, the Parties' Motion is **GRANTED**. IT IS HEREBY ORDERED that the Parties shall have until and through April 30, 2024 to file the Motion for Settlement Approval and any related documents.

**SO ORDERED**, this \_\_\_\_ day of April, 2024.

_____
MARK H. COHEN
UNITED STATES DISTRICT JUDGE