IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TYKIESHA WARD and JARVIS STEWART, Each Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br>v.<br><br>PIVOTAL RETAIL GROUP, LLC,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>1:22-cv-03182-MHC |

## ORDER

This matter is before the Court on the Parties' SECOND JOINT MOTION TO EXTEND TIME TO MOVE FOR SETTLEMENT APPROVAL. Upon consideration, and for good cause shown, the Parties' Motion is **GRANTED**. IT IS HEREBY ORDERED that the Parties shall have until and through May 8, 2024 to file the Motion for Settlement Approval and any related documents.

**SO ORDERED**, this 30th day of April, 2024.

_____
MARK H. COHEN
UNITED STATES DISTRICT JUDGE